NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SHARON LYNN FLEMING,            )
                                )
          Appellant,            )
                                )
v.                              )        Case No. 2D17-2975
                                )
STATE OF FLORIDA,               )
                                )
          Appellee.             )
_____  )

Opinion filed April 20, 2018.

Appeal from the Circuit Court for Lee
County; Bruce E. Kyle, Judge.

Howard L. Dimmig, II, Public Defender,
and Megan Olson, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, CRENSHAW, and MORRIS, JJ., Concur.